FILED

Name: MAURICE D. KIELY
Address: c/o THE PEOPLE CONCERN
ANNENBERG ACCESS CENTER
503 OLYMPIC BOULEVARD,
SANTA MONICA, CA 90401
Phone: 310 625 6838
Fax:

In Pro Per

2019 MAY 24 PM 4: 17

CENTRAL DIST. OF CALIF
LOS ANGELES
BY:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MAURICE D. KIELY

Plaintiff
v.

DAVID EVANS' U2 AND
GUY OSEARY          Defendant(s).

CASE NUMBER: CV19-4565-ODW(GJSx)

( Enter document title in the space provided above)

I, MAURICE KIELY, PLAINTIFF, CLAIM THAT AN AGREEMENT MADE WITH DAVID EVANS AND HIS ASSOCIATES HAS BEEN BREACHED AND THAT THIS CONSTITUTES A BREACH OF CONTRACT.

A SONG I WROTE AND PERFORMED IN THE PRESENCE OF A LOS ANGELES COUNTY RESIDENT IN 1998 WAS GIFTED TO DAVID EVANS AND HIS ASSOCIATES FOR USE ON A RECORD ONLY. A LIVE PERFORMANCE OF THIS SONG BY HIM AND AN ASSOCIATE CONSTITUTES A BREACH OF CONTRACT, AND REQUIRES

CV-127 (09/09)     PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

A PUNITIVE AND COMPENSATORY REMEDY IN THE FORM OF MONETARY RELIEF.

I, MAURICE KIELY, PLAINTIFF, SAY THAT GIVEN THE FINANCIAL POSITION OF DAVID EVANS AND HIS MANAGER GUY OSEARY, RELIEF OF THREE AND A HALF (3.5) MILLION DOLLARS IS APPROPRIATE RELIEF IN THIS MATTER.

I ASK THE HONORABLE COURT TO AWARD ME THIS RELIEF OF 3.5 MILLION DOLLARS.

A JURY IS REQUESTED TO HEAR THIS CASE.

DATED: 22-5-2019

SIGNED: *[signature]*
MAURICE D. KIELY