js-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MAURICE D. KIELY, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) | 2:19-cv-04565-ODW (GJSx) |
| v. | |
| DAVID EVENS, et al., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____  _____
Date                    United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ District Court lacks jurisdiction
- ☐ Legally and/or factually patently frivolous
- ☐ Immunity as to _____
- ☐ Other: _____

Comments:
This is a simple breach of contract action; no federal question jurisdiction exists. Diversity jurisdiction also is lacking, because there is no complete diversity. Plaintiff, a foreign national, sues Defendant Evans, also a foreign national and an indispensable party under the Complaint's allegations, and Defendant Oseary, a California resident. See Faysound Ltd. v. United Coconut Chemicals, 878 F.2d 290, 294-95 (9th Cir. 1989).

May 28, 2019
Date                    United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☒ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

May 29, 2019
Date                    United States District Judge

CV-73 (08/16)            ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*